1 | Brian E. Pastuszenski (*pro hac vice*)
  | bpastuszenski@goodwinprocter.com
2 | Inez H. Friedman-Boyce (*pro hac vice*)
  | ifriedmanboyce@goodwinprocter.com
3 | Adam Slutsky (*pro hac vice*)
  | aslutsky@goodwinprocter.com
4 | **GOODWIN PROCTER LLP**
  | Exchange Place
5 | Boston, MA 02109-2802
  | Tel.: 617-570-1000
6 | Fax: 617-570-1231

7 | Lloyd Winawer (SBN 157823)
  | lwinawer@goodwinprocter.com
8 | **GOODWIN PROCTER LLP**
  | 601 South Figueroa Street, 41st Floor
9 | Los Angeles, California 90017
  | Tel.: 213-426-2500
10 | Fax: 213-623-1673

11 | Daniel Roeser (*pro hac vice*)
   | droeser@goodwinprocter.com
12 | **GOODWIN PROCTER LLP**
   | The New York Times Building
13 | 620 Eighth Avenue
   | New York, NY 10018
14 | Tel.: 212-813-8800
   | Fax: 212-355-3333

*Attorneys for Defendants*
Countrywide Securities Corporation, CWALT, Inc.,
CWMBS, Inc., and Countrywide Financial
Corporation

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION | Case No. 11-ML-02265-MRP (MANx)<br>**COUNTRYWIDE DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**<br>Date/Time: March 19, 2013, 11:00 a.m.<br>Courtroom: 12<br>Judge: Hon. Mariana R. Pfaelzer |
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR COLONIAL BANK<br>Plaintiff,<br>v.<br>COUNTRYWIDE SECURITIES CORPORATION, *et al*.,<br>Defendants. | Case No. 12-CV-06911-MRP (MANx) |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum in Support of the Countrywide Defendants' Motion to Dismiss Plaintiff's Amended Complaint, the Countrywide Defendants' Notice of Request and Request for Judicial Notice in Support of Their Motion to Dismiss Plaintiff's Amended Complaint, and the Exhibits accompanying that Request, defendants Countrywide Securities Corporation, CWALT, Inc., CWMBS, Inc., and Countrywide Financial Corporation (collectively, the "Countrywide Defendants") will move this Court, before the Honorable Mariana R. Pfaelzer, at the Spring Street United States Courthouse, 312 North Spring Street, Los Angeles, California 90012, on March 19, 2013, at 11:00 a.m., for an Order dismissing the Amended Complaint in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6), and for such other relief as this Court may deem just and proper.  Under Local Rule 7-3, the parties were unable to reach agreement regarding this Motion after counsel for the Countrywide Defendants conferred with counsel for Plaintiff.

Dated:  January 11, 2013

Respectfully submitted,

Defendants Countrywide Securities Corporation, CWALT, Inc., CWMBS, Inc., and Countrywide Financial Corporation

By their attorneys,

/s/ Brian E. Pastuszenski
Brian E. Pastuszenski (*pro hac vice*)
Lloyd Winawer (State Bar No. 157823)
Inez H. Friedman-Boyce (*pro hac vice*)
Daniel Roeser (*pro hac vice*)
Adam Slutsky (*pro hac vice*)