UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 11-ML-2265-MRP (MANx) | Date | March 11, 2013 |
|---|---|---|---|
| Title | *In re Countrywide Fin. Corp. Mortg.-Backed Sec. Litig.* *Fed. Deposit Ins. Corp., as Receiver for Colonial Bank v. Countrywide Secs. Corp.*, 12-CV-6911 | | |

| Present: The Honorable | **MARIANA R. PFAELZER** | |
|---|---|---|
| Cynthia Salyer | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: | |
| None | None | |

**Proceedings:**     **(In Chambers)**

## ORDER RE: HEARING

The Court has read and considered the parties' briefs and submissions on the Defendants' Motions to Dismiss the Amended Complaint in *Fed. Deposit Ins. Corp., as Receiver for Colonial Bank v. Countrywide Secs. Corp.*, 12-CV-6911.  Having done so, the Court has concluded that oral argument will not aid in reaching decisions on the motions.  Accordingly, the date for oral argument of March 19, 2013, is vacated, and the matter taken under submission.

IT IS SO ORDERED.