**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUN 8 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Guaranty Bank,<br><br>    Plaintiff-Appellant,<br><br>  v.<br><br>DEUTSCHE BANK SECURITIES, INC. and GOLDMAN, SACHS & CO.,<br><br>    Defendants-Appellees. | No.  13-56675<br><br>D.C. No. 2:12-cv-08558-MRP-MAN<br><br>ORDER* |
| FEDERAL DEPOSIT INSURANCE CORPORATION, as receiver for Strategic Capital Bank,<br><br>    Plaintiff-Appellant,<br><br>  v.<br><br>DEUTSCHE BANK SECURITIES, INC.,<br><br>    Defendant-Appellee. | No.  13-56781<br><br>D.C. No. 2:12-cv-08415-MRP-MAN |
| FEDERAL DEPOSIT INSURANCE | No.  13-56783 |

---

  *    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

| | |
|---|---|
| CORPORATION, as Receiver for Colonial Bank,<br><br>    Plaintiff-Appellant,<br><br>  v.<br><br>BARCLAYS CAPITAL INC.; et al.,<br><br>    Defendants-Appellees. | D.C. No. 2:12-cv-06911-MRP-MAN |
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR FRANKLIN BANK, S.S.B.,<br><br>    Plaintiff-Appellant,<br><br>  v.<br><br>BNP PARIBAS SECURITIES CORPORATION and DEUTSCHE BANK SECURITIES, INC.,<br><br>    Defendants-Appellees. | No.   14-57014<br><br>D.C. No. 2:12-cv-03279-MRP-MAN |

Appeal from the United States District Court
for the Central District of California
Mariana R. Pfaelzer, District Judge, Presiding

Argued and Submitted December 8, 2015
Pasadena, California

Before: D.W. NELSON, REINHARDT, and NGUYEN, Circuit Judges.

The stipulated motion to voluntarily dismiss these appeals under Federal

Rule of Appellate Procedure 42(b) is granted. Each party shall bear its own costs.

2

**These appeals are DISMISSED.**