UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 02 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Guaranty Bank,<br><br>       Plaintiff - Appellant,<br><br> v.<br><br>DEUTSCHE BANK SECURITIES, INC. and GOLDMAN, SACHS & CO.,<br><br>       Defendants - Appellees. | No. 13-56675<br><br>D.C. No. 2:12-cv-08558-MRP-MAN<br>U.S. District Court for Central California, Los Angeles<br><br>**MANDATE** |
| FEDERAL DEPOSIT INSURANCE CORPORATION, as receiver for Strategic Capital Bank,<br><br>       Plaintiff - Appellant,<br><br> v.<br><br>DEUTSCHE BANK SECURITIES, INC.,<br><br>       Defendant - Appellee. | No. 13-56781<br><br>D.C. No. 2:12-cv-08415-MRP-MAN<br>U.S. District Court for Central California, Los Angeles |
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for | No. 13-56783 |

| | |
|---|---|
| Colonial Bank,<br><br>　　　　Plaintiff - Appellant,<br><br>　v.<br><br>BARCLAYS CAPITAL INC.; et al.,<br><br>　　　　Defendants - Appellees. | D.C. No. 2:12-cv-06911-MRP-MAN<br>U.S. District Court for Central California, Los Angeles |
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR FRANKLIN BANK, S.S.B.,<br><br>　　　　Plaintiff - Appellant,<br><br>　v.<br><br>BNP PARIBAS SECURITIES CORPORATION and DEUTSCHE BANK SECURITIES, INC.,<br><br>　　　　Defendants - Appellees. | No. 14-57014<br><br>D.C. No. 2:12-cv-03279-MRP-MAN<br>U.S. District Court for Central California, Los Angeles |

The judgment of this Court, entered June 08, 2016, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

　　　　　　　　　　　　　　　　FOR THE COURT:
　　　　　　　　　　　　　　　　Molly C. Dwyer
　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　Craig Westbrooke
　　　　　　　　　　　　　　　　Deputy Clerk